AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Gregory Bournes Jr. | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gregory Bournes Jr.                                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit an Offense Against the United States.


Date: ___03/09/2023___                                                                 G. Michael Harvey
                                                                                        *Digitally signed by G. Michael Harvey*
                                                                                        *Date: 2023.03.09 16:45:21 -05'00'*
                                                                                        _Issuing officer's signature_

City and state:     Washington, D.C.                              G. Michael Harvey, U.S. Magistrate Judge
                                                                                        _Printed name and title_

### Return

This warrant was received on *(date)* 3/14/23 , and the person was arrested on *(date)* 3/14/23
at *(city and state)* Jonesboro, GA .

Date: 3/14/23                                                                            SA [signature]
                                                                                        _Arresting officer's signature_

                                                                                        SA N. Thomas  ATF
                                                                                        _Printed name and title_